✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

FOR THE EASTERN

**DISTRICT OF**

VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.

WILLIAM J. JEFFERSON,

Defendant.

**APPEARANCE**

Case Number:      1:07cr209

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for      William J. Jefferson.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/11/07 | /s/ Amy Berman Jackson |
| Date | Signature |
| | Amy Berman Jackson                25919 |
| | Print Name                      Bar Number |
| | Trout Cacheris, PLLC |
| | 1350 Connecticut Ave., NW, Suite 300 |
| | Address |
| | Washington, D.C. 20036 |
| | City          State          Zip Code |
| | (202) 464-3300              (202) 464-3319 |
| | Phone Number                  Fax Number |
| | ajackson@troutcacheris.com |